## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,

Plaintiffs,

v.

PREMIER BRICKWORK, INC., an Illinois Corporation,

Defendant.

Case Number:

FILED: SEPTEMBER 4, 2008
08CV5051
JUDGE NORGLE
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

**MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND**

| | |
|---|---|
| **NAME** (Type or print) <br> ROBERT B. GREENBERG | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ ROBERT B. GREENBERG | |
| **FIRM** <br> ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| **STREET ADDRESS** <br> 200 West Jackson Boulevard, Suite 1900 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 01047558 | **TELEPHONE NUMBER** <br> 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |