### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____

Assigned/Issued By: _____

Judge Name: _____

Designated Magistrate Judge: _____

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
     (Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment
_____
(Victim, Against and $ Amount)

☐ Other
_____
(Type of issuance)

_____Original and _____ copies on _____ as to _____

Premier Brickwork, Inc.          (Date)

_____

_____